```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

MEDICAL DEVELOPMENT CORPORATION OF
PASCO COUNTY, et al.,

       Plaintiffs,
v.                                      Case No. 8:11-cv-1067-T-33AEP

CONNECTICUT GENERAL LIFE INSURANCE
COMPANY,

       Defendant.
_____/

**ORDER**

This matter comes before the Court pursuant to Defendant Connecticut General Life Insurance Company's Motion to Dismiss Plaintiffs' Complaint (Doc. # 11), which was filed on July 18, 2011. Therein, CIGNA argues that Medical Development lacks standing to bring the present suit. Medical Development responded to the Motion by agreeing that it lacks standing. Medical Development sues CIGNA under the Employee Retirement Income Security Act based on an assignment of benefits from Meri Stanley. However, it is not contested that the benefits plan in question prohibits assignment of benefits unless agreed to by CIGNA. To remedy its lack of standing, Medical Development seeks to amend its complaint to name Stanley as the Plaintiff.

Rather than granting Medical Development leave to amend the complaint, the Court determines that dismissal with prejudice is the appropriate remedy. In Wright v. Dougherty County, 358 F.3d 1352, 1356 (11th Cir. 2004), the court explained, "Where a

plaintiff never had standing to assert a claim against the defendants, it does not have standing to amend the complaint and control the litigation by substituting new plaintiffs, a new class, and a new cause of action." (Internal citation and quotation marks omitted).

Under the circumstances here, where Medical Development has never had standing to sue, the Court dismisses the action with prejudice. If Stanley seeks to file an action against CIGNA, she may do so by filing her own suit, which will be decided independently of other actions which may be pending against CIGNA.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant Connecticut General Life Insurance Company's Motion to Dismiss Plaintiffs' Complaint (Doc. # 11) is **GRANTED.**

(2) This action is dismissed with prejudice. The Clerk is directed to **CLOSE THE CASE.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>15th</u> day of August, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

2